**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, SBN 219683
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Vishal Mehta and [Proposed] Additional Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RON CHENOY, Derivatively on Behalf of LYFT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN ZIMMER, LOGAN GREEN, BRIAN ROBERTS, PRASHANT (SEAN) AGGARWAL, DAVID LAWEE, HIROSHI MIKITANI, ANN MIURA-KO, MARY AGNES (MAGGIE) WILDEROTTER, JONATHAN CHRISTODORO, BEN HOROWITZ, and VALERIE JARRETT, <br><br> Defendants, <br><br> -and- <br><br> LYFT, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 3:20-cv-09257-JSC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL** |

- 1 -

| | |
|---|---|
| YAO HONG KOK, derivatively on behalf of LYFT, INC., | Case No. 3:20-cv-09272-SK |
| Plaintiff, | |
| vs. | |
| LOGAN GREEN, JOHN ZIMMER, BRIAN ROBERTS, PRASHANT (SEAN) AGGARWAL, BEN HOROWITZ, VALERIE JARRETT, DAVID LAWEE, HIROSHI MIKITANI, ANN MIURA-KO, MARY AGNES (MAGGIE) WILDEROTTER, and JONATHAN CHRISTODORO, | |
| Defendants, | |
| and | |
| LYFT, INC., | |
| Nominal Defendant. | |
| VISHAL MEHTA, derivatively on behalf of LYFT, INC. | Case No. 3:20-cv-09364-AGT |
| Plaintiff, | |
| vs. | |
| LOGAN GREEN, JOHN ZIMMER, BRIAN ROBERTS, PRASHANT (SEAN) AGGARWAL, BEN HOROWITZ, VALERIE JARRETT, DAVID LAWEE, HIROSHI MIKITANI, ANN MIURA-KO, MARY AGNES (MAGGIE) WILDEROTTER, and JONATHAN CHRISTODORO, | |
| Defendants, | |
| and | |
| LYFT, INC., | |
| Nominal Defendant. | |

- 2 -

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL**

WHEREAS, on December 21, 2020, Plaintiff Ron Chenoy filed a shareholder derivative action on behalf of nominal defendant Lyft in this Court alleging breaches of fiduciary duty, unjust enrichment, waste of corporate assets, abuse of control, gross mismanagement, and for contribution under Section 11(f) of the Securities Act and Section 21D of the Exchange Act against defendants John Zimmer, Logan Green, Brian Roberts, Prashant (Sean) Aggarwal, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, Mary Agnes (Maggie) Wilderotter, Jonathan Christodoro, Ben Horowitz, and Valerie Jarrett, captioned *Chenoy v. Zimmer, et al.*, Case No. 3:20-cv-09257 (the "*Chenoy* Action");

WHEREAS, on December 21, 2020, Plaintiff Yao Hong Kok filed a shareholder derivative action on behalf of nominal defendant Lyft, Inc. ("Lyft" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment and for contribution under Section 11(f) of the Securities Act of 1933 (the "Securities Act") and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, Mary Agnes (Maggie) Wilderotter, and Jonathan Christodoro, and Nominal Defendant Lyft Inc., captioned *Hong Kok v. Green, et al.*, Case No. 3:20-cv-09272-SK (the "*Hong Kok* Action");

WHEREAS, on September 30, 2020, Plaintiff Vishal Mehta filed a shareholder derivative action on behalf of nominal defendant Lyft in the United States District Court for the District of Delaware alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution under Section 11(f) of the Securities Act and Section 21D of the Exchange Act against defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, Mary Agnes (Maggie) Wilderotter (collectively, the "Individual Defendants," and

together with Lyft, the "Defendants"), captioned *Mehta v. Green et al.*, Case No. 1:20-cv-01326-RGA (the "*Mehta* Action");

WHEREAS, on December 23, 2020, the parties to the *Mehta* Action stipulated to transferring the *Mehta* Action to this Court, which was so-ordered by the Hon. Richard G. Andrews, U.S.D.J. for the District of Delaware, on December 28, 2020;

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, plaintiffs agree that the *Chenoy* Action, the *Hong Kok* Action, and the *Mehta* Action (together, the "Related Derivative Actions") challenge the same alleged conduct by the same Company directors and officers and involve substantially the same questions of law and fact;

WHEREAS, the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and nominal defendant's resources, the parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action; and

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Levi & Korsinsky, LLP, the respective resumes of which are attached hereto as Exhibit A and Exhibit B, respectively, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated action, and that The Rosen Law Firm, P.A., the resume of which is attached hereto as Exhibit C, shall be designated as Additional Counsel;

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL**

WHEREAS, without waiving any rights, arguments or defenses, Defendants agree the Related Derivative Actions should be consolidated and take no position regarding appointment of Co-Lead Counsel or Additional Counsel;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims or defenses.

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:20-cv-09257 (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Chenoy v. Zimmer, et al.* | 3:20-cv-09257-JSC | December 21, 2020 |
| *Hong Kok v. Green, et al.* | 3:20-cv-09272-SK | December 21, 2020 |
| *Mehta v. Green, et al.* | 3:20-cv-09364-AGT | December 28, 2020* |

*(date of transfer into this District)

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
| --- | --- |
| IN RE LYFT, INC. DERIVATIVE LITIGATION | Lead Case No. 3:20-cv-09257 |
| This Document Relates to:<br><br>ALL ACTIONS | |

3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case 3:20-cv-09257.

4. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**LEVI & KORSINSKY, LLP**
Adam Apton
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

5. Additional Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

6. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments, including those to Additional Counsel, in such manner as to facilitate the orderly and

efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action.

9. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ("Potential Subsequent Related Derivative Action"). When a shareholder derivative action that properly belongs as part of *In re Lyft, Inc. Derivative Litigation*, Lead Case No. 3:20-cv-09257, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Lyft, Inc. Derivative Litigation*, Lead Case No. 3:20-cv-09257, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court.

10. This Order is without prejudice to any parties' rights, remedies, claims, objections to venue or jurisdiction, grounds for transfer or dismissal, defenses or other legal positions.

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL**

1  **IT IS SO STIPULATED.**

2                                                              Respectfully Submitted By:

3  DATED: December 30, 2020                **THE BROWN LAW FIRM, P.C.**

4

5                                                              /s/ Robert C. Moest
                                                                Robert C. Moest, Of Counsel, SBN 62166
6                                                              2530 Wilshire Boulevard, Second Floor
                                                                Santa Monica, California 90403
7                                                              Telephone: (310) 915-6628
                                                                Facsimile: (310) 915-9897
8                                                              Email: RMoest@aol.com

9
                                                                **THE BROWN LAW FIRM, P.C.**
10                                                             Timothy Brown
                                                                240 Townsend Square
11                                                             Oyster Bay, NY 11771
                                                                Telephone: (516) 922-5427
12                                                             Facsimile: (516) 344-6204
                                                                Email: tbrown@thebrownlawfirm.net
13

14
                                                                *Counsel for Yao Hong Kok and [Proposed] Co-*
15                                                             *Lead Counsel for Plaintiffs*

16  DATED: December 30, 2020                **LEVI & KORSINSKY, LLP**

17
                                                                /s/ Adam Apton
18                                                             Adam Apton
                                                                388 Market Street, Suite 1300
19                                                             San Francisco, CA 94111
                                                                Telephone: (415) 373-1671
20                                                             Facsimile: (415) 484-1294
                                                                Email: aapton@zlk.com
21
                                                                **LEVI & KORSINSKY, LLP**
22                                                             Gregory M. Nespole
                                                                55 Broadway, 10th Floor
23                                                             New York, NY 10006
                                                                Telephone: (212) 363-7500
24                                                             Facsimile: (212) 363-7171
                                                                Email: gnespole@zlk.com
25
                                                                *Counsel for Ron Chenoy and [Proposed] Co-*
26                                                             *Lead Counsel for Plaintiffs*

27

28

- 8 -

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL**

| | | |
|---|---|---|
| 1 | DATED: December 30, 2020 | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | /s/ Laurence M. Rosen |
| | | Laurence M. Rosen, SBN 219683 |
| 3 | | 355 South Grand Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| 4 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 5 | | Email: lrosen@rosenlegal.com |
| 6 | | |
| | | *Counsel for Vishal Mehta and [Proposed]* |
| 7 | | *Additional Counsel for Plaintiffs* |
| 8 | | |
| 9 | DATED: December 30, 2020 | **LATHAM & WATKINS LLP** |
| 10 | | /s/ Colleen C. Smith |
| | | Colleen C. Smith, SBN 231216 |
| 11 | | 12670 High Bluff Drive |
| | | San Diego, CA 92130 |
| 12 | | Email: Colleen.Smith@lw.com |
| 13 | | |
| | | Matthew Rawlinson, SBN 231890 |
| 14 | | 140 Scott Drive |
| | | Menlo Park, CA 94025 |
| 15 | | Telephone: (650) 328-4600 |
| | | Facsimile: (650) 463-2600 |
| 16 | | Email: matthew.rawlinson@lw.com |
| 17 | | |
| | | Elizabeth Deeley, SBN 230798 |
| 18 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 19 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |
| 20 | | Email: elizabeth.deeley@lw.com |
| 21 | | |
| | | Andrew B. Clubok (*pro hac vice*) |
| 22 | | Susan E. Engel (*pro hac vice*) |
| | | 555 Eleventh Street, NW, Suite 1000 |
| 23 | | Washington, D.C. 20004 |
| | | Telephone: (202) 637-2200 |
| 24 | | Facsimile: (202) 637-2201 |
| | | Email: andrew.clubok@lw.com |
| 25 | | Email: susan.engel@lw.com |
| 26 | | *Counsel for Nominal Defendant Lyft, Inc. and* |
| | | *Defendants Logan Green, John Zimmer, Brian* |
| 27 | | *Roberts, Prashant Aggarwal, Jonathan* |
| | | *Christodoro, Ben Horowitz, Valerie Jarrett,* |
| 28 | | *David Lawee, Hiroshi Mikitani, Ann Miura-Ko,* |
| | | *and Mary Agnes Wilderotter* |

- 9 -

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND ADDITIONAL COUNSEL**

## SIGNATURE ATTESTATION

I, Laurence M. Rosen, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Consolidating Related Actions and Appointing Co-Lead Counsel and Additional Counsel. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 30, 2020                By: /s/Laurence M. Rosen
                                            Laurence M. Rosen

*   *   *

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 4, 2021                  _____
                                        The Honorable Jacqueline Scott Corley
                                        MAGISTRATE JUDGE