LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  140 Scott Drive
  Menlo Park, California 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matt.rawlinson@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

[*Additional Counsel on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE LYFT, INC. DERIVATIVE LITIGATION | Lead Case No. 4:20-cv-09257-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND ORDER REGARDING STAY OF ACTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

1    WHEREAS, Plaintiffs Vishal Mehta, Yao Hong Kok, and Ron Chenoy, (together, "Plaintiffs") each filed putative stockholder derivative actions on September 30, 2020, December 21, 2020 and December 21, 2020, respectively, on behalf of Nominal Defendant Lyft, Inc. ("Lyft" or the "Company") against Defendants John Zimmer, Logan Green, Brian Roberts, Prashant (Sean) Aggarwal, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, Mary Agnes (Maggie) Wilderotter, Jonathan Christodoro, Ben Horowitz, and Valerie Jarrett (the "Individual Defendants," and collectively with Lyft, "Defendants") (collectively with Plaintiffs, the "Parties");

WHEREAS, on January 4, 2021, the Court consolidated Plaintiffs' respective derivative actions into the above-captioned derivative case (the "Consolidated Derivative Action") (ECF No. 9);

WHEREAS, an earlier-filed and factually related securities class action is pending in the United States District Court for the Northern District of California, captioned *In re Lyft, Inc. Securities Litigation*, Lead Case No. 4:19-cv-02690-HSG (the "Federal Class Action"), in which plaintiff asserts federal securities claims against the Company and certain of its current and former officers and directors (all of whom are defendants in the Consolidated Derivative Action);

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Consolidated Derivative Action and the Federal Class Action;

WHEREAS, on January 21, 2021, the Court entered an order relating the Consolidated Derivative Action to the Federal Class Action (ECF No. 17);

WHEREAS, the Parties have met and conferred concerning the most efficient manner in which to litigate the derivative claims in the Consolidated Derivative Action and agree that resolution of the claims in the Federal Class Action may help inform the manner in which this Consolidated Derivative Action proceeds;

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that this Consolidated Derivative Action should be stayed on the terms below.

1  IT IS ACCORDINGLY HEREBY STIPULATED by and among the Parties through their respective counsel of record and subject to the approval of the Court, in order to facilitate the efficient prosecution of this action, as follows:

   1. This Consolidated Derivative Action shall be temporarily stayed in its entirety (including all discovery) until this Court enters final judgment or issues a ruling on any motions for summary judgment filed in the Federal Class Action, whichever is earlier.

   2. Any previously scheduled hearings or deadlines, including the deadline to answer, move, or otherwise respond to the complaints in the Consolidated Derivative Action are vacated.

**IT IS SO STIPULATED.**

Dated: February 16, 2021                    Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**                **LATHAM & WATKINS LLP**

/s/ *Robert C. Moest*                       /s/ *Colleen C. Smith*
Robert C. Moest, Of Counsel, SBN 62166      Colleen C. Smith (CA Bar. No. 231216)
  2530 Wilshire Boulevard, Second Floor       12670 High Bluff Drive
  Santa Monica, California 90403              San Diego, CA 92130
  Telephone: (310) 915-6628                   T: (858) 523-5400 / F: (858) 523-5450
  Facsimile: (310) 915-9897                   Colleen.Smith@lw.com
  Email: RMoest@aol.com
                                            Matthew Rawlinson (CA Bar. No. 231890)
Timothy Brown                                 140 Scott Drive
  240 Townsend Square                         Menlo Park, CA 94025
  Oyster Bay, NY 11771                        T: (650) 328-4600 / F: (650) 463-2600
  Telephone: (516) 922-5427                   matthew.rawlinson@lw.com
  Facsimile: (516) 344-6204
  Email: tbrown@thebrownlawfirm.net         *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter*

**LEVI & KORSINSKY, LLP**
Adam Apton
  388 Market Street, Suite 1300
  San Francisco, CA 94111
  Telephone: 415-373-1671
  Facsimile: 415-484-1294
  Email: aapton@zlk.com

|   |   |
|---|---|
| 1 | Gregory M. Nespole |
| 2 | 55 Broadway, 10th Floor<br>New York, New York 10006 |
| 3 | Telephone: 212.363.7500<br>Facsimile: 212.363.7171 |
| 4 | Email: gnespole@zlk.com |
| 5 | *Co-Lead Counsel for Plaintiffs* |

**SIGNATURE ATTESTATION**

I, Colleen C. Smith, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order regarding Stay of Action. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 16, 2021                                        By: /s/ *Colleen C. Smith*

\* \* \*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/2021

*[signature: Haywood S. Gilliam, Jr.]*
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE