LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  140 Scott Drive
  Menlo Park, California 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matt.rawlinson@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

[*Additional Counsel on Signature Pages*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE LYFT, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-09257-HSG<br><br>**JOINT STIPULATION AND ORDER CONSOLIDATING AND STAYING RELATED ACTION (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |
| BRAD SHUMAN, Derivatively on Behalf of LYFT, INC.,<br><br>Plaintiff,<br>v.<br><br>LOGAN GREEN, JOHN ZIMMER, BRIAN ROBERTS, PRASHANT AGGARWAL, ANN MIURA-KO, VALERIE JARRETT, DAVID LAWEE, MARY AGNES WILDEROTTER, HIROSHI MIKITANI, and BEN HOROWITZ,<br><br>Defendants, | Case No. 4:21-cv-01263-DMR |

-and-

LYFT, INC., a Delaware Corporation,

                Nominal Defendant.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND ORDER
CONSOLIDATING AND STAYING RELATED ACTION
CASE NOS. 4:20-cv-09257-HSG/4:21-cv-01263-DMR

Pursuant to the Court's Order Consolidating Related Actions and Appointing Co-Lead Counsel and Additional Counsel (ECF No. 9), the Parties submit the following:

WHEREAS, Plaintiffs Vishal Mehta, Yao Hong Kok, and Ron Chenoy each filed putative stockholder derivative actions on September 30, 2020, December 21, 2020 and December 21, 2020, respectively, on behalf of Nominal Defendant Lyft, Inc. ("Lyft" or the "Company") against Defendants John Zimmer, Logan Green, Brian Roberts, Prashant (Sean) Aggarwal, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, Mary Agnes (Maggie) Wilderotter, Jonathan Christodoro, Ben Horowitz, and Valerie Jarrett (the "Individual Defendants," and collectively with Lyft, "Defendants");

WHEREAS, on January 4, 2021, the Court consolidated Plaintiff Mehta, Plaintiff Kok, and Plaintiff Chenoy's (the "Consolidated Action Plaintiffs") respective derivative actions (ECF No. 9) (the "Consolidation Order") into the above-captioned *In re Lyft Inc. Derivative Litigation* case (the "Consolidated Derivative Action");

WHEREAS, the Consolidation Order appointed The Brown Law Firm, P.C. and Levi & Korsinsky, LLP as Co-Lead Counsel, and The Rosen Law Firm, P.A. as Additional Counsel, in the Consolidated Derivative Action;

WHEREAS, the Consolidation Order applies to "each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ('Potential Subsequent Related Derivative Action')" (ECF No. 9);

WHEREAS, pursuant to the Consolidation Order, "the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court" (ECF No. 9);

WHEREAS, an earlier-filed and factually related securities class action is pending in the United States District Court for the Northern District of California, captioned *In re Lyft, Inc. Securities Litigation*, Lead Case No. 4:19-cv-02690-HSG (the "Federal Class Action"), in which

plaintiff asserts federal securities claims against the Company and certain of its current and former officers and directors (all of whom are defendants in the Consolidated Derivative Action);

WHEREAS, on January 21, 2021, the Court entered an order relating the Consolidated Derivative Action to the Federal Class Action (ECF No. 17);

WHEREAS, on February 17, 2021, the Court entered an order temporarily staying the Consolidated Derivative Action in its entirety (including all discovery) until this Court enters final judgment or issues a ruling on any motions for summary judgment filed in the Federal Class Action, whichever is earlier ("Stay Order") (ECF No. 34);

WHEREAS, on February 22, 2021, Plaintiff Brad Shuman[1] filed a shareholder derivative action on behalf of Nominal Defendant Lyft in this Court alleging breaches of fiduciary duty and unjust enrichment, and seeking contribution under Section 11(f) of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934 against Defendants Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ann Miura-Ko, Valerie Jarrett, David Lawee, Mary Agnes Wilderotter, Hiroshi Mikitani, Ben Horowitz, and Nominal Defendant Lyft., captioned *Shuman v. Green, et al.,* Case No. 4:21-cv-01263-DMR (the "*Shuman* Action");

WHEREAS, undersigned counsel for Defendants hereby accept service on behalf of Defendants with regard to the *Shuman* Action and waive service of the summons on Defendants for the *Shuman* Action;

WHEREAS, the *Shuman* Action was assigned to and is currently pending before the Honorable Magistrate Judge Donna M. Ryu;

WHEREAS, the Consolidated Derivative Action and the *Shuman* Action make substantially similar allegations against the same parties, and involve the same questions of law and fact;

WHEREAS, the *Shuman* Action is a Subsequent Related Derivative Action as defined in the Consolidation Order;

---

[1] Collectively with Consolidated Action Plaintiffs, "Plaintiffs." And Plaintiffs, collectively with the Defendants, the "Parties."

1  WHEREAS, pursuant to the Consolidation Order, the *Shuman* Action shall be consolidated for all purposes, including pre-trial proceedings and trial, with the Consolidated Derivative Action;

WHEREAS, pursuant to the Consolidation Order, all orders entered in the Consolidated Derivative Action, including, but not limited to, the Consolidation Order and the Stay Order, shall apply to the *Shuman* Action;

WHEREAS, without waiving any rights, arguments, or defenses, the Parties to the Consolidated Action and the *Shuman* Action agree that the *Shuman* Action should be consolidated with the Consolidated Derivative Action and that all orders entered in the Consolidated Derivative Action shall apply to the *Shuman* Action.

IT IS ACCORDINGLY HEREBY STIPULATED by and among the Parties through their respective counsel of record and subject to the approval of the Court, in order to facilitate the efficient prosecution of this action, as follows:

1. The *Shuman* Action, Case No. 4:21-cv-01263-DMR, shall be consolidated for all purposes, including pre-trial proceedings and trial, with the Consolidated Derivative Action, under Case No. 4:20-cv-09257-HSG (the Consolidated Derivative Action).

2. Every pleading in the Consolidated Derivative Action shall continue to bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE LYFT, INC. DERIVATIVE LITIGATION | Lead Case No. 4:20-cv-09257-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

3. All papers filed in connection with the Consolidated Derivative Action shall continue to be maintained under Lead Case No. 4:20-cv-09257-HSG.

4. Consistent with the terms of the Consolidation Order (ECF No. 9), all orders entered in the Consolidated Derivative Action, including but not limited to the Consolidation Order and the Stay Order (ECF No. 34) shall apply to the *Shuman* Action.

5. Any previously scheduled hearings or deadlines, including the deadline to answer, move, or otherwise respond to the complaint in the *Shuman* Action shall be vacated.

**IT IS SO STIPULATED.**

Dated: March 9, 2021                                                 Respectfully submitted,

| | |
|---|---|
| **THE BROWN LAW FIRM, P.C.** | **LATHAM & WATKINS LLP** |
| /s/ Robert C. Moest | /s/ Colleen C. Smith |
| Robert C. Moest, Of Counsel, SBN 62166<br>  2530 Wilshire Boulevard, Second Floor<br>  Santa Monica, California 90403<br>  Telephone: (310) 915-6628<br>  Facsimile: (310) 915-9897<br>  Email: RMoest@aol.com | Colleen C. Smith (CA Bar No. 231216)<br>  12670 High Bluff Drive<br>  San Diego, CA 92130<br>  T: (858) 523-5400 / F: (858) 523-5450<br>  Colleen.Smith@lw.com |
| Timothy Brown (*pro hac vice*)<br>  240 Townsend Square<br>  Oyster Bay, NY 11771<br>  Telephone: (516) 922-5427<br>  Facsimile: (516) 344-6204<br>  Email: tbrown@thebrownlawfirm.net | Matthew Rawlinson (CA Bar No. 231890)<br>  140 Scott Drive<br>  Menlo Park, CA 94025<br>  T: (650) 328-4600 / F: (650) 463-2600<br>  matthew.rawlinson@lw.com |
| **LEVI & KORSINSKY, LLP**<br>Adam Apton<br>  388 Market Street, Suite 1300<br>  San Francisco, CA 94111<br>  Telephone: 415-373-1671<br>  Facsimile: 415-484-1294<br>  Email: aapton@zlk.com<br>Gregory M. Nespole (*pro hac vice*)<br>  55 Broadway, 10th Floor<br>  New York, New York 10006<br>  Telephone: 212.363.7500<br>  Facsimile: 212.363.7171<br>  Email: gnespole@zlk.com | *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |
| *Co-Lead Counsel for Plaintiffs* | |

JOINT STIPULATION AND ORDER
CONSOLIDATING AND STAYING RELATED ACTION
CASE NOS. 4:20-cv-09257-HSG/4:21-cv-01263-DMR
4

**ROBBINS LLP**

/s/ Stephen J. Oddo
Brian J. Robbins (CA Bar No. 190264)
Stephen J. Oddo (CA Bar No. 174828)
Eric M. Carrino (CA Bar No. 310765)
 5040 Shoreham Place
 San Diego, California 92122
 Telephone: (619) 525-3990
 Facsimile: (619) 525-3991
 Email: brobbins@robbinsllp.com
   soddo@robbinsllp.com
   ecarrino@robbinsllp.com

*Counsel for Brad Shuman*

**SIGNATURE ATTESTATION**

I, Colleen C. Smith, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Consolidating and Staying Related Action. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 9, 2021                                                                            By: /s/  Colleen C. Smith


* * *

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

1.  The Court finds that the *Shuman* Action, Case No. 4:21-cv-01263-DMR, is related to 4:20-cv-09257-HSG, and orders that it be reassigned to the undersigned judge.

2.  The *Shuman* Action, Case No. 4:21-cv-01263-DMR, shall be consolidated for all purposes, including pre-trial proceedings and trial, with the Consolidated Derivative Action, under Case No. 4:20-cv-09257-HSG (the Consolidated Derivative Action).

3.  Every pleading in the Consolidated Derivative Action shall continue to bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE LYFT, INC. DERIVATIVE LITIGATION | Lead Case No. 4:20-cv-09257-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

4. All papers filed in connection with the Consolidated Derivative Action shall continue to be maintained under Lead Case No. 4:20-cv-09257-HSG.

5. The clerk is directed to administratively close the later-filed civil action, Case No. 4:21-cv-1263-DMR.

6. Consistent with the terms of the Consolidation Order (ECF No. 9), all orders entered in the Consolidated Derivative Action, including but not limited to the Consolidation Order and the Stay Order (ECF No. 34) shall apply to the *Shuman* Action.

Dated: March 10, 2021

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE