UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON CHENOY,

                 Plaintiff,

      v.

LYFT, INC., et al.,

                Defendants.

Case No.  20-cv-09257-HSG

**SCHEDULING ORDER**

A case management conference was held on March 12, 2024.  Having considered the parties' proposals, *see* Dkt. No. 47, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Plaintiffs to file Consolidated Complaint | March 26, 2024 |
| Deadline for Defendants' motion to dismiss the Consolidated Complaint | May 28, 2024 |
| Deadline for Plaintiffs to file opposition to Defendants' motion to dismiss, or to amend the consolidated complaint | June 25, 2024 |
| Deadline for Defendants' reply in support of motion to dismiss | July 9, 2024 |
| Hearing on Defendants' motion to dismiss | August 1, 2024 at 2:00 pm |

//

//

//

United States District Court
Northern District of California

//

     These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

     **IT IS SO ORDERED.**

Dated:  3/15/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge