| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Matthew Rawlinson (SBN 231890)<br>140 Scott Drive |
| 3 | Menlo Park, California 94025<br>T: (650) 328-4600 |
| 4 | matthew.rawlinson@lw.com |
| 5 | Andrew B. Clubok (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000 |
| 6 | Washington, D.C. 20004<br>T: (202) 637-2200 |
| 7 | andrew.clubok@lw.com |
| 8 | Colleen C. Smith (SBN 231216)<br>12670 High Bluff Drive |
| 9 | San Diego, California 92130<br>T: (858) 523-5400 |
| 10 | colleen.smith@lw.com |
| 11 | *Attorneys for Nominal Defendant Lyft, Inc. and Defendants Logan Green, John Zimmer, Brian* |
| 12 | *Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David* |
| 13 | *Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter* |
| 14 | *[Additional Counsel of Record on Signature Pages]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LYFT, INC. DERIVATIVE LITIGATION | Lead Case No. 4:20-cv-09257-HSG |
| | **STIPULATION TO EXTEND TIME TO FILE SETTLEMENT PAPERS; ORDER** |
| This Document Relates to: | Hon. Haywood S. Gilliam, Jr. |
| ALL ACTIONS | |

Nominal Defendant Lyft, Inc. ("Lyft"), and Defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter (the "Individual Defendants," and together with Lyft, "Defendants") and Plaintiffs Vishal Mehta, Yao Hong Kok, Ron Chenoy, and Brad Shuman (together, "Plaintiffs" and together with Defendants, the "Parties"), hereby notify the Court that while the Parties have made substantial progress and have exchanged drafts of a stipulation of settlement and accompanying papers, the Parties require additional time to finalize all aspects of these settlement papers. The Parties therefore respectfully request that the Court allow the parties until end of day on Thursday, July 18, 2024, to file the stipulation of settlement and accompanying exhibits. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 27, 2024

Respectfully submitted,

By: /s/ *Colleen C. Smith*

**LATHAM & WATKINS LLP**
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com

Andrew B. Clubok (*pro hac vice* pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-3323
Facsimile: (202) 637-2201
andrew.clubok@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600 / F: (650) 463-2600
matthew.rawlinson@lw.com

*Attorneys for Nominal Defendant Lyft, Inc. and Defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

Dated:  June 27, 2024

Respectfully submitted,

/s/ *Gregory M. Nespole*

**LEVI & KORSINSKY, LLP**
Adam Apton, SBN 316506
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 415-484-1294
Email: aapton@zlk.com

Gregory M. Nespole (*pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone: 212.363.7500
Facsimile: 212.363.7171
Email: gnespole@zlk.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown (*pro hac vice*)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 27th day of June, 2024, at New York, New York.

By: /s/ *Colleen C. Smith*
Colleen C. Smith

\*          \*          \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/28/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE