1  LATHAM & WATKINS LLP
    Matthew Rawlinson (SBN 231890)
2   140 Scott Drive
    Menlo Park, California 94025
3   T: (650) 328-4600 / F: (650) 463-2600
    matthew.rawlinson@lw.com
4
    Andrew B. Clubok (*pro hac vice* pending)
5   555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
6   T: (202) 637-2200 / F: (202) 637-2201
    andrew.clubok@lw.com
7
    Colleen C. Smith (SBN 231216)
8   12670 High Bluff Drive
    San Diego, California 92130
9   T: (858) 523-5400 / F: (858) 523-5450
    colleen.smith@lw.com
10
    *Attorneys for Nominal Defendant Lyft, Inc. and*
11  *Defendants Logan Green, John Zimmer, Brian*
    *Roberts, Prashant (Sean) Aggarwal, Jonathan*
12  *Christodoro, Ben Horowitz, Valerie Jarrett, David*
    *Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary*
13  *Agnes (Maggie) Wilderotter*

14  *[Additional Counsel of Record on Signature Pages]*

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                     OAKLAND DIVISION

18  | IN RE LYFT, INC. DERIVATIVE | Lead Case No. 4:20-cv-09257-HSG |
    | LITIGATION | |
19  | | **STIPULATION AND ORDER TO EXTEND** |
20  | | **TIME TO FILE SETTLEMENT PAPERS** |
    | This Document Relates to: | |
21  | | Hon. Haywood S. Gilliam, Jr. |
    | ALL ACTIONS | |
22

Nominal Defendant Lyft, Inc. ("Lyft"), and Defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter (the "Individual Defendants," and together with Lyft, "Defendants") and Plaintiffs Vishal Mehta, Yao Hong Kok, Ron Chenoy, and Brad Shuman (together, "Plaintiffs" and together with Defendants, the "Parties"), hereby notify the Court that, while the Parties have nearly completed a stipulation of settlement and accompanying papers, the Parties require additional time to finalize certain aspects of these settlement papers. The Parties therefore respectfully request that the Court allow the Parties until the end of the day on Tuesday, July 23, 2024, to file the stipulation of settlement and accompanying exhibits, along with a motion for preliminary approval of the settlement. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: July 18, 2024

Respectfully submitted,

By: /s/ *Colleen C. Smith*

**LATHAM & WATKINS LLP**
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com

Andrew B. Clubok (*pro hac vice* pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-3323
Facsimile: (202) 637-2201
andrew.clubok@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600 / F: (650) 463-2600
matthew.rawlinson@lw.com

*Attorneys for Nominal Defendant Lyft, Inc. and Defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

| | |
|---|---|
| Dated: July 18, 2024 | Respectfully submitted, |
| | /s/ *Gregory M. Nespole* |
| | **LEVI & KORSINSKY, LLP**<br>Adam Apton<br>388 Market Street, Suite 1300<br>San Francisco, CA 94111<br>Telephone: 415-373-1671<br>Facsimile: 415-484-1294<br>Email: aapton@zlk.com |
| | Gregory M. Nespole (*pro hac vice*)<br>55 Broadway, 10th Floor<br>New York, New York 10006<br>Telephone: 212.363.7500<br>Facsimile: 212.363.7171<br>Email: gnespole@zlk.com |
| | **THE BROWN LAW FIRM, P.C.**<br>Robert C. Moest, Of Counsel, SBN 62166<br>2530 Wilshire Boulevard, Second Floor<br>Santa Monica, California 90403<br>Telephone: (310) 915-6628<br>Facsimile: (310) 915-9897<br>Email: RMoest@aol.com |
| | Timothy Brown (*pro hac vice*)<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net |
| | *Co-Lead Counsel for Plaintiffs* |

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 18th day of July, 2024, at Hilton Head, South Carolina.

By: /s/ *Colleen C. Smith*
Colleen C. Smith

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 7/19/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

STIP. AND ORDER TO EXTEND TIME TO FILE
SETTLEMENT PAPERS
CASE NO. 4:20-cv-09257-HSG