LEVI & KORSINSKY, LLP
Adam Apton (SBN 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 415-484-1294
Email: aapton@zlk.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE LYFT, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-09257-HSG<br><br>**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date: August 29, 2024<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Gregory M. Nespole, declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP and Co-Lead Counsel for plaintiffs Vishal Mehta, Yao Hong Kok, and Brad Shuman (collectively, "Plaintiffs")[1] in the above-captioned consolidated shareholder derivative action (the "Action"). I am duly licensed to practice law in the State of New York and admitted *pro hac vice* to practice before this Court.

2. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement. I have personal knowledge of the matters stated herein and, should I be called upon, I could and would testify competently thereto.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Stipulation of Settlement, dated July 23, 2024, and Exhibits A-E thereto

Exhibit 2:   The Brown Law Firm, P.C. firm resume

Exhibit 3:   Levi & Korsinsky, LLP firm resume

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2024                                                   /s/ *Gregory M. Nespole*
                                                                       Gregory M. Nespole

---

[1] Ron Chenoy, formerly a plaintiff in the above-captioned consolidated action, is no longer participating in the case.