**LEVI & KORSINSKY, LLP**
Adam Apton
1160 Battery Street East Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

Gregory M. Nespole (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown (*pro hac vice*)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LYFT, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-09257-HSG<br><br>**STIPULATION AND ORDER AS TO DATES FOR MOTIONS FOR FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEES** |

WHEREAS, on October 16, 2024, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Preliminary Approval Order," Dkt. 62); and

**STIPULATION AND ORDER AS TO DATES FOR MOTIONS FOR FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEES**

WHEREAS, the Preliminary Approval Order directs the parties to, *inter alia*, meet and confer and stipulate to a schedule of dates for certain events in connection with Plaintiffs' forthcoming motions for final settlement approval and attorneys' fees; and

WHEREAS, the parties have met and conferred as directed by the Court.

NOW, THEREFORE, the parties stipulate and agree to the following deadlines subject to the approval of the Court:

| Event | Date |
|---|---|
| Deadline for notice of the settlement to be published and posted consistent with the proposed notice plan | November 6, 2024 |
| Filing deadline for motions for attorneys' fees and expenses | December 6, 2024 |
| Filing deadline for shareholders' objections to the settlement | January 13, 2025 |
| Filing deadline for the parties' replies to shareholder settlement objections | January 27, 2025 |
| Filing deadline for responses to motions for attorneys' fees and expenses | December 13, 2024 |
| Filing deadline for replies to motions for attorneys' fees and expenses | December 20, 2024 |
| Filing deadline for shareholders' objections to motions for attorneys' fees and expenses | January 13, 2025 |
| Filing deadline for the final approval motion | December 6, 2024 |
| Final approval settlement hearing | February 6, 2025 |

**STIPULATION AND ORDER AS TO DATES FOR MOTIONS FOR FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEES**

Dated: October 23, 2024

Respectfully submitted,

By: /s/Gregory M. Nespole
**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

Adam Apton
1160 Battery Street East Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown (*pro hac vice*)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-lead Counsel for Plaintiffs*

By: /s/Andrew B. Clubok
**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200 / F: (202) 637-2201
andrew.clubok@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600 / F: (650) 463-2600
matthew.rawlinson@lw.com

[*signatures continued on next page*]

- 3 -

**STIPULATION AND ORDER AS TO DATES FOR MOTIONS FOR FINAL
SETTLEMENT APPROVAL AND ATTORNEYS' FEES**

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450
colleen.smith@lw.com

*Attorneys For Nominal Defendant Lyft, Inc. and Defendants Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

### ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 23rd day of October in New Rochelle, New York.

By: */s/ Gregory M. Nespole*
Gregory M. Nespole

\*   \*   \*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/24/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE