UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON CHENOY,

           Plaintiff,

    v.

LYFT, INC., et al.,

           Defendants.

Case No.  20-cv-09257-HSG

**ORDER GRANTING MOTION TO SEAL**

Re: Dkt. No. 83

Pending before the Court is Plaintiffs' motion to seal, Dkt. No. 83.  Plaintiffs seek to seal billing records associated with their motion for final approval of settlement.  Plaintiffs previously filed these records for the Court's *in camera* review, and in its final approval order, the Court directed Plaintiffs to file the records under seal so that they would become part of the record.  *See* Dkt. No. 81 at 11 n.7.  The Court finds good cause exists for the records to remain sealed.  Plaintiffs' attorneys' total requested fees are publicly available, and the disclosure of specific billing entries is of limited benefit to the public.  Accordingly, the Court **GRANTS** the motion.

    **IT IS SO ORDERED.**

Dated:    3/30/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge